■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK PARLER, JR., Appellant.— This court, on May 23, 1960 (*ante*, p. 991), having unanimously affirmed an order of the County Court, Queens County, entered May 26, 1959, denying defendant's *coram nobis* application, the defendant, pursuant to section 520 of the Code of Criminal Procedure now makes application to the Honorable GERALD NOLAN, Presiding Justice of this court, for leave to take a further appeal to the Court of Appeals. Such application for leave to appeal to the Court of Appeals is denied by Presiding Justice NOLAN.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON SMITH, Also Known as LEO SMITH, Appellant.— Motion by respondent to dismiss appeal, granted by default, and appeal dismissed. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARGARET P. DIXON, Appellant, v. LEO P. O'DONNELL, as Senior Director, Harlem Valley State Hospital, Respondent.— Motion to dispense with printing on an appeal from an order dismissing a writ of habeas corpus, denied. It appears that the relator has since been released from the custody of the respondent. Hence, the question of whether the writ was properly dismissed is now academic. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES NETTLES, Appellant, v. POLICE COMMISSIONER OF THE CITY OF NEW YORK et al., Respondents.— Motion by appellant for a stay pending appeal, dismissed as academic in view of the decision on the appeal (*People ex rel. Nettles* v. *Police Comr.*, *post*, p. 1068). Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BILL SHERIFF, Petitioner, v. HUGH S. COYLE, Justice of the Supreme Court of the State of New York, Respondent.— Application by petitioner for an order in the nature of mandamus to compel respondent, who dismissed a writ of habeas corpus on July 22, 1960, to vacate such dismissal and to sustain the writ. Cross application by respondent to dismiss the petition upon the ground that it does not state facts sufficient to entitled petitioner to the relief sought (Civ. Prac. Act, § 1293). Cross application granted and petition dismissed. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ PETER ROSANTE, Appellant, v. BOBBIE L. COPENHAVER, Respondent.— Motion by respondent to dismiss appeals from two orders of the Supreme Court, Suffolk County, one entered March 24, 1960, denying appellant's motion to file a notice of intention to make claim against the Motor Vehicle Accident Indemnification Corporation; and the other entered May 17, 1960, granting reargument of the prior motion and upon reargument adhering to the original determination. Motion granted to the extent of dismissing the appeal from the order entered March 24, 1960, and otherwise denied. Said order, having been superseded by the later order of May 17, 1960, the appeal from the first order has become academic. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ CONNIE SCHMEILER, Respondent, v. ANGELA REILLY, Appellant.— Motion by appellant for reconsideration of respondent's motion to dismiss appeal, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.